# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

December 20, 2019

MEMO ENDORSED

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 12/23/19

Hon. Richard M. Berman  
United States District Court  
U. S. Courthouse  
500 Pearl Street  
New York, New York 10007

Re: United States v. Juan Arreola  
15 Cr. 824 (RMB)

Dear Judge Berman:

I write today to request an order exonerating bail in the above-referenced case. Defendant Arreola's bail conditions included the posting of deeds of trust in favor of the United States against properties located in California owned by relatives of the defendant. I have received a call from one of the mortgage companies involved in a property informing me that there remains a hold on the property because of the bail conditions set in this case. As you know, Mr. Arreola was convicted after trial and sentenced by the Court to a term of 180 months on November 17, 2016. His appeal to the Second Circuit Court of Appeals was denied, affirming the judgment of the District Court in March 2018. Accordingly, there is no reason why bail in this case should not be exonerated as the case is closed.

Thank you for your consideration to this application and your continued courtesies to counsel.

Very sincerely,

Richard H. Rosenberg

*Application to exonerate bail is granted.*

cc.: all counsel by ECF

SO ORDERED:  
Date: 12/23/19  
Richard M. Berman  
Richard M. Berman, U.S.D.J.