USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO ARREOLA,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-1490 (RMB)

15-CR-0824-01 (RMB)

**ORDER**

The Court, having concluded that the motion brought by Mr. Juan Pablo Arreola under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within forty-five days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

The Court directs Defendant's CJA trial counsel, Richard Rosenberg, to file a response by March 13, 2020.

All papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated:   February 26, 2020
         New York, New York

*RMB*

RICHARD M. BERMAN
United States District Judge